**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Manuel LUNA–MALDONADO,**
**Defendant—Appellant.**

No. 03–30417.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2004.*

Decided July 20, 2004.

Matthew H. Thomas, Esq., Tacoma, WA, for Plaintiff-Appellee.

Antonio Reyna Salazar, Esq., Seattle, WA, David Koch, Seattle, WA, for Defendant-Appellant.

Before: HAWKINS, THOMAS and BYBEE, Circuit Judges.

MEMORANDUM **

Manuel Luna–Maldonado appeals his guilty plea conviction and 87 month sentence for one count of conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Luna–Maldonado has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Luna–Maldonado has not filed a pro se supplemental brief. The government has not filed a responding brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.